United States District Court
Southern District of Texas
**ENTERED**
February 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID SHOTWELL, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> ALLSTATE TEXAS LLOYD'S, § <br> *Defendant.* § | § <br> § <br> § <br> § CIVIL ACTION NO. 4:16-cv-01686 <br> § <br> § <br> § |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff DAVID SHOTWELL, and Defendant, ALLSTATE TEXAS LLOYD'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the __31__ day of __Jan_____, 2017.

_____
JUDGE PRESIDING

2607709v1
03646.121

**AGREED:**


  /s/ Jesse S. Corona *
Jesse S. Corona
State Bar No.: 24082184
Federal Bar No. 2239270
jesse@thecoronalawfirm.com
THE CORONA LAW FIRM, PLLC
521 N Sam Houston Parkway, Suite 420
Houston, Texas 77060
Telephone: (281) 882-3531
Telecopy: (713) 678-0613

**ATTORNEYS FOR PLAINTIFF**

*Signed with Permission*


  /s/ Jay Scott Simon
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8216
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANT**